**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**JAIME LUEVANO,**

                Plaintiff,              5:21-cv-265
                                                      (GLS/TWD)
      v.

**IVANKA TRUMP et al.,**

                **Defendants.**

**APPEARANCES:**                          **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Jaime Luevano
*Pro Se*
# 1655791
HUGHES
Rt. 2 Box 4400
Gatesville, TX 76597

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following an Order and Report-Recommendation (R&R) by Magistrate Judge Thérèse Wiley Dancks, duly filed April 9, 2021. (Dkt. No. 7.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 7) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND;** and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

April 29, 2021
Albany, New York

*/s/ Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge