UNITED STATES DISTRICT COURT OF
NORTHERN DISTRICT OF NEW YORK, (N.Y.)
ALBANY

JAIME LUEVANO #1651796          FILE NO. 5:21-cv-265
(IN GENERAL)                             (GLS/TWD)
VS.

IVANKA TRUMP-n-Girl,

MOTION FOR NOTICE OF APPEAL FOR 2nd Circuit

To this Senior Judge Gary L. Sharpe:
Comes AGAIN Jaime Luevano to File this Motion
For Notice of Appeal for the Second (2nd) Circuit, etc..
U.S. Supreme as well - AGAIN to Review under the
Pre Judice status which you all did not Define
It on Send A CASE OF "Pre Judice" which one
Is It, Is it For my Race Hispanic, etc... The
Judgment should not Have Been in Favor of
what was Send - Still the Judge Sharpe Fails to
see the Truth like the CASE # 2010 WL 3338704
By Andrew T. Baxter U.S. Mag. Judge - I wonder where
His At Now Due to that order saying of the
"product of Delusion - or - FANTASY" that is playing
And Acting As A Doctor psych which can reopen due
to the Pre Judice Review to Define It and not
(Lie) Perjury - Still like U.S. marshalls can (talk) do
Investigation to the (people) T.V. cast who made that
Commercial - Just like (she) Hillary got away with
what she did in the white House d. of State - So will
the Trump Family get away too - Now in A New Radio show
that Girl was in A Gang Bang etc... What   Respectfully
JAIME LUEVANO #1651796                (MAY     will the
Hughes unit - Rt. 7 Box 4400           10      Jerry  Jaime Luevano
Gatesville Texas 76597                 2021)  think now too

Name: JAIME huevano
TDC#: 1655991
Hughes Unit
Rt. 2 Box 4400
Gatesville, TX 76597

RECEIVED
MAY 17 2021
U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

United States District Court for the
Northern District of ALBANY N.Y.
445 Broadway - Room 509
ALBANY, New York 12207-2936

AUSTIN TX 787
RIO GRANDE DISTRICT
13 MAY 2021 PM 2 L